# Court of Appeals
# of the State of Georgia

ATLANTA,   November 12, 2015

*The Court of Appeals hereby passes the following order:*

**A16E0017.  IN RE: EARL CAMERON.**

Earl Cameron moves this Court for an emergency supersedeas to stay a contempt order entered by the trial court on October 29, 2015. On that same day, Cameron filed a motion for supersedeas and a notice of appeal in the trial court. Cameron has now been arrested and taken into custody. As provided in OCGA § 5-6-13, a trial court has no discretion to grant or refuse a supersedeas in cases of contempt where the defendant has submitted an application and written notice indicating his intent to seek an appeal. *Binkley v. Flatt*, 256 Ga. App. 263, 265 (2) (568 SE2d 95) (2002). "The statute calls a mandatory halt [to punishment for contempt] as matter of right." *Calvert Enterprises, Inc. v. Griffin-Spalding Cnty. Hosp. Auth.*, 197 Ga. App. 727, 728 (1) (399 SE2d 287) (1990). We therefore GRANT Cameron's emergency motion for supersedeas and ORDER that he be released from custody instanter and that enforcement of the contempt order be stayed until such time as the underlying appeal is docketed and resolved on the merits. See Court of Appeals Rule 40 (b).



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,*   11/12/2015
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*